# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE ROOSEVELT-BENTMAN TRUST : No. 89 EM 2016
FOR AMERICAN VOTERS :
:
:
:
PETITION OF: PETER J. WIRS, :
TRUSTEE :
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.